July 10, 1984.

479 A.2d 1115

Commonwealth, Appellant, v. Stambaugh.

Argued June 5, 1984. William F. Merz, Assistant District Attorney, for Commonwealth, appellant; Richard Utman, Jr., Assistant Public Defender, for appellee.

Before McEWEN, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.